UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIN BRITTNEY PATRICK,<br>Plaintiff,<br>v.<br>EVAN TYLER FELDSTEIN, et al.,<br>Defendants. | Case No. 2:26-cv-01485-JAD-EJY<br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

On 8/04/26, the magistrate judge entered this order, report, and recommendation [ECF No. 9]:

This action was initiated on May 14, 2026 when Plaintiff, appearing *pro se*, submitted an incomplete Application to Proceed *in forma pauperis* ("IFP") together with a Complaint. ECF Nos. 1, 1-1. On June 29, 2026, the Court issued a Screening Order denying Plaintiff's IFP application and Complaint without prejudice, but with leave to amend. ECF No. 8. Plaintiff was given through and including July 29, 2026 to file an amended IFP application for non-prisoners together with her amended complaint. *Id.* The Court explained that failure to comply with the Order would result in a recommendation to dismiss this action in its entirety. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has she otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

DATED this 4th day of August, 2026.

**Order Adopting Report and Recommendation**

The deadline for anyone to object to this recommendation was 8/18/2026, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find

good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 9] is ADOPTED in its entirety. THIS CASE IS DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: September 9, 2026